1  E-filed on   3/31/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LEWIS GRADY and FERNANDO MEJIA, | No. C-03-00322 RMW |
|---|---|
| Plaintiffs, | ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE |
| v. | |
| VALLEY TRANSPORTATION AUTHORITY, | **[Re Docket No. 6]** |
| Defendants. | |

When denying plaintiffs' application to proceed *in forma pauperis*, the court instructed plaintiffs that the case would be dismissed if the filing fee was not paid by April 7, 2003. The filing fee has not been paid. The case is hereby dismissed.

DATED:      3/31/06                             /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
                                                United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE—No. C-03-00322 RMW
JAH

1 | **A copy of this order was mailed on _____ to:**

2 | **Plaintiffs:**

3 | Lewis Grady,  Fernando Mejia
413 Bobolink Avenue
4 | Newman, CA 95360

6 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE—No. C-03-00322 RMW
JAH                                                          2